**SOUTHERN DISTRICT OF FLORIDA**
Case No: 23-mj-8126-Matthewman

FILED BY _SW_ D.C.

MAR 09 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

United States of America
    Plaintiff,
v.

Charging District's Case No. 23-mj-52

Richard Cook,
    Defendant.
_____/

## ORDER OF REMOVAL

It appearing that in the **District of Columbia**, ☒ a Complaint ☐ an Indictment was filed against the above-named defendant on a charge of 18:231(a)(3), 18:1752(a)(1), 18:1752(a)(4), 40:5104(e)(2)(E), 40:5104(e)(2)(F) and that the defendant was arrested in the Southern District of Florida and was given a hearing before United States Magistrate Judge William Matthewman at West Palm Beach, Florida, which officially committed the defendant for removal to the **District of Columbia**, it is ORDERED AND ADJUDGED that the defendant be removed to the above-named district for trial on said charge.

And it further appearing that the defendant waived further hearing in the said removal proceedings and was held by the Magistrate Judge William Matthewman for removal and posted bail in the amount of which was approved by the United States Magistrate Judge William Matthewman, and it is further ORDERED that the defendant shall appear in the aforesaid district at such times and places as may be ordered by that District Court, in accordance with the terms and conditions of aforesaid bond furnished by the defendant, and it is further ORDERED that the funds, plus interest, which may have been deposited on behalf of this defendant with the Clerk of the Court under Bail Reform Act be transferred to the district where removed.

DONE AND ORDERED at West Palm Beach, Florida on this 9th day of March, 2023.

William Matthewman,
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**